IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00196-CR

 

James D. McIntyre,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the 40th District Court

Ellis County, Texas

Trial Court No. 28672CR

 



ORDER










 

          McIntyre was convicted of Indecency
with a Child but we dismissed his appeal because his notice of appeal was
untimely.  McIntyre v. State, No. 10-05-00253-CR, 2005 Tex. App. LEXIS
6106 (Tex. App.—Waco, August 3, 2005, no pet.) (not designated for publication). 
The Court of Criminal Appeals granted McIntyre an out-of-time appeal.  Ex
Parte James Deanta McIntyre, No. AP-75,426 (Tex. Crim. App. May 24, 2006)
(not designated for publication).

          McIntyre filed with this Court a
document entitled “Motion to Reject Appointed Counsel on Appeal and Appear Pro
Se for an Appeal out of the 40th District Court.”  By this document, he clearly
evidences his desire to pursue an appeal of his conviction, and as evidenced by
the title, McIntyre indicates his desire to represent himself in this appeal.  However,
we have since received documentation that McIntyre, or someone on his behalf,
has retained counsel for this appeal.

          Therefore, unless this Court receives
another motion from McIntyre expressing his desire to represent himself in this
appeal, we will proceed with the appeal through retained counsel, Walter
Reaves.  McIntyre’s pro se motion is denied.

 

                                                          PER
CURIAM

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Motion
denied

Order
issued and filed July 26, 2006

Do
not publish